UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TROY LOCKLIN

    Plaintiff,

vs.                                       CASE NO:

J & B CABINETS INSTALLATIONS, INC.

    Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant, J & B CABINETS INSTALLASTIONS, INC., (hereinafter "Defendant"), by and through its undersigned attorneys, hereby gives notice that the civil action currently pending in the Circuit Court of the Sixth Judicial Circuit, Pinellas County, Florida, identified as Troy Locklin v. J & B Cabinets Installations, Inc., Case No: 17-000341-CI-013, is removed to this Court without waiving any rights to which Defendant may be entitled, and says:

1. Pursuant to 28 U.S.C. §1446(a), copies of all record documents, including all orders, pleadings, and process which have been served to date upon Defendant are attached as Exhibit A.

2. The Complaint in the above action was filed in the Circuit Court of the Sixth Judicial Circuit, Pinellas County, Florida. Defendant received service of the Summons and Complaint on February 7, 2017. In compliance with 28 U.S.C. §1446(a), this Notice of Removal is timely filed within thirty (30) days of Defendant ascertaining that this case is removable.

3. Removal of this action is proper under 28 U.S.C. §1446(a), the presence of a federal question. This is a civil action brought in a state court of which the district courts of the United States have original jurisdiction because Plaintiff has alleged a violation of federal law in his Complaint. Plaintiff has pled that Defendant failed to pay overtime hours, while employed by Defendant in violation of the Fair Labor Standards Act ("FSLA"), 29 U.S.C. 3201 et seq. and failed to pay Plaintiff wages under Florida Common Law.

4. Pursuant to 28 U.S.C. §1446(a), concurrent with the filing and service of this Notice of Removal, Defendant's Notice to Plaintiff of Removal has been served upon attorney for Plaintiff, Matthew K. Fenton, Esq., Wenzel, Fenton, Cabassa, P.A., 1110 North Florida Ave., Suite 300, Tampa, FL 33602.

5. Further, pursuant to 28 U.S.C. §1446(a), a copy of this Notice of Removal, along with Defendant's Notice of Removed Action, has been filed with the Clerk of Circuit Court of the Sixth Judicial Circuit, Pinellas County, Florida.

WHEREFORE, Defendant requests this action currently pending in the Circuit Court of the Sixth Judicial Circuit, Pinellas County, Florida, be removed to the United States District Court for the Middle District of Florida.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been forwarded to *Matthew K. Fenton, Esq.*, Wenzel, Fenton, Cabassa, P.A., 1110 North Florida Ave., Suite 300, Tampa, FL 33602 via

electronic mail at mfenton@wfclaw.com and tsoriano@wfclaw.com (Attorney for Plaintiff) on this 27th day of February, 2017.

ABBEY, ADAMS, BYELICK & MUELLER, L.L.P.

*[signature]*

V. JOSEPH MUELLER, ESQUIRE
Florida Bar No. 0798630
Post Office Box 1511
Saint Petersburg, FL 33731-1511
Telephone (727) 821-2080
Facsimile (727) 822-3970
ServiceJMueller@AbbeyAdams.com
lspain@abbeyadams.com
Attorney for Defendant